In the Matter of the Estate of HYMAN SHAPIRO, Deceased. GOLDIE SHAPIRO, Appellant; BENJAMIN SHAPIRO, as an Executor of and Trustee under the Will of HYMAN SHAPIRO, Deceased, Respondent. (Appeals Nos. 1 and 2.) — The Surrogate properly dismissed appellant's petition to remove the respondent as an executor and trustee and also properly granted the application of respondent and the corporate executor and trustee to direct the coexecutor to turn over the securities and deposit them with the corporate executor under the joint control of all three executors. In our opinion on these papers there is no merit to appellant's contentions. Orders unanimously affirmed, with $20 costs and disbursements of these appeals to be charged against the appellant personally. Present — Peck P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

MARINE ESTATES, INC., Appellant, v. PAULINE WEISS, Individually and Doing Business under the Name of WEISS CUTTING MACHINE COMPANY, et al., Respondents, et al., Undertenants.— Determination unanimously affirmed, with costs to respondents. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

MILDRED WECHTER et al., Respondents, v. RETMO REALTY CORP., Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiffs Mildred Wechter and William R. Wechter stipulate to reduce the judgment in their favor to $2,500 and $500 respectively, in which event the judgment, as so modified, is affirmed, without costs. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

ELIZABETH McLOUGHLIN, Respondent, v. CATHERINE O'NEILL, as Administratrix of the Estate of ALBERT O'NEILL, Deceased, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict was contrary to the weight of the credible evidence. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES WILKINS, Appellant.— Judgment unanimously reversed, with respect to the book-making count and, in all other respects, affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

ROSE LADER, Respondent, v. 128 WEST 48TH STREET HOLDING CORPORATION, Appellant.— Without indicating any view as to the merit of the appellant's claims, we think the order granting plaintiff's motion for summary judgment and the judgment entered thereon should be reversed, without costs, and the motion denied as it does not conclusively appear that there are no triable issues of fact. Judgment unanimously reversed and the motion denied. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.